IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


CRIMINAL NO. 08-50026-001          USA v. EDWIN ALVARADO

COURT PERSONNEL:                   APPEARANCES:

Judge: JIMM LARRY HENDREN          Govt. KENNY ELSER

Clerk: GAIL GARNER                 Deft. CONNIE WILLIAMSTY

Reporter: THERESA SAWYER           Interpreter: ANNE YANCEY

### SENTENCING MINUTE SHEET


On this date the above named defendant appeared in person and
with counsel for sentencing and is sworn.

- (X)   Inquiry made that defendant is not under influence of
        alcohol or drugs and is able to comprehend proceedings.
- (X)   Inquiry made whether defendant is under the care of a
        physician or taking any medication and is able to
        comprehend proceedings.
- (X)   Inquiry made that defendant is satisfied with counsel.
- (X)   Court determined that defendant and counsel have had
        opportunity to read and discuss presentence investigation
        report.
- (X)   Presentence investigation report reviewed in open court.
- (X)   Government moves for downward departure pursuant to
        5K1.1 - granted and 5 level departure granted.
- (X)   Court expresses final approval of plea agreement.
- (X)   Counsel for defendant afforded opportunity to speak on
        behalf of defendant.
- (X)   Defendant afforded opportunity to make statement and
        present information in mitigation of sentence.
- (X)   Attorney for government afforded opportunity to make
        statement to court.
- (X)   Court proceeded to impose sentence as follows:

        188 months imprisonment on count 1; 188 months
        imprisonment on count 6 to run concurrently;
        5 years supervised release on each count to run
        concurrently; $50,000.00 fine - interest waived

Criminal No. 08-50026-002


(X)   Defendant ordered to comply with standard conditions of
      supervised release.
(X)   Defendant denied federal benefits for 5 years.
(X)   Defendant ordered to pay total special assessment of
      $200.00, for counts 1&6, which shall be due immediately.
(X)   On motion of government count 2 of indictment is
      dismissed.
(X)   Defendant advised of right to appeal sentence imposed.
(X)   Defendant advised of right to apply for leave to appeal
      in forma pauperis.
(X)   Appeal packet provided.
(X)   Defendant remanded to custody of U.S. Marshal.


DATE: JANUARY 23, 2009        Proceeding began: 1:30 pm

                                          ended: 2:27 pm