```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**


         **v.**         **Criminal No. 08-50026**
                **Civil No. 09-5203**

**EDWIN G. ALVARADO**                                                     **DEFENDANT**


### O R D E R

NOW on this 12th day of August 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #3), filed on March 19, 2010, and Defendant's response thereto (document #167).

The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds as follows:

1. On January 23, 2009, the Court held a hearing in Defendant's criminal case at which time the Court sentenced Defendant to 188 months imprisonment, five years supervised release, a $50,000 fine and a $200 special assessment.

2. On September 21, 2009, Defendant filed a motion under 28 U.S.C. § 255 to vacate his sentence on the grounds of ineffective assistance of counsel.  Specifically, Defendant made three arguments;

* counsel failed to argue for a sentence below the Sentencing Guideline range based on his cooperation with the Government;

* counsel failed to argue for a departure from the Sentencing Guideline range based on his status as a deportable alien; and

* counsel failed to file an appeal, despite Defendant's request that he do so.

3. On February 10, 2010, the Magistrate Judge held a hearing on Defendant's § 2255 motion at which time Defendant, through his Spanish-speaking interpreter, testified as well as Defendant's trial counsel, Mr. Connie Brown Williams. The Magistrate Judge held a supplemental hearing on February 16, 2010, to elicit testimony from Ms. Anne Yancey, who was the interpreter for Defendant at the time of the sentencing.

4. On March 19, 2010, the Magistrate Judge issued her Report and Recommendation in which she throughly reviewed the testimony at said hearing, as well as the law on the issue of ineffective assistance of counsel. The Magistrate Judge recommended, based on the evidence and the relevant case law, that the Court grant Defendant relief by granting his § 2255 motion to vacate and setting a new sentencing hearing.

5. The Government concedes that Defendant is entitled to the relief he seeks.

6. The Court, having carefully reviewed the Magistrate Judge's Report and Recommendation, finds that it is sound in all respects and that the same should be, and it hereby is, **adopted *in toto*.**

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's **Motion to Vacate** (document #150) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that a Sentencing Hearing in this case is scheduled for **Monday, September 27, 2010.** An Order for Writ of Habeas Corpous Ad Prosequendum is being issued contemporaneously herewith.

**IT IS SO ORDERED.**

>        **/s/ Jimm Larry Hendren**
>        **JIMM LARRY HENDREN**
>        **UNITED STATES DISTRICT JUDGE**