AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America
v.

EDWIN G. ALVARADO a/k/a Walter Alvarado-Medina

Date of Original Judgment:                  09/28/2010
Date of Previous Amended Judgment:     06/05/2012
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)

Case No:   5:08CR50026-001

USM No:   15233-078

Bruce D. Eddy
*Defendant's Attorney*

# ORDER REGARDING MOTION FOR SENTENCE REDUCTION
# PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of   151   months **is reduced to**   121 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/05/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:            01/09/2015                                           /s/P.K. Holmes,III
                                                                                            *Judge's signature*

Effective Date:        11/01/2015                   Honorable P. K. Holmes, III, Chief United States District Judge
                    *(if different from order date)*                            *Printed name and title*